Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application of FELICIA FRAIOLI and Another, Appellants, v. JOHN BURDEN, Building Inspector of the City of Mount Vernon, and Others, Respondents.— Motion to dismiss proceeding denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application of JOHN J. TIERNEY, Appellant, for a Peremptory Mandamus Order against CHARLES W. WYNNE, as Commissioner of Public Safety of the City of Mount Vernon, N. Y., and Others, Respondents.— Motion for reargument denied, with ten dollars costs, without prejudice to an application, to be made at Special Term, for leave to file a return. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LIGHTOLIER COMPANY, Respondent, v. JOE-HEN REALTY CORPORATION and Others, Appellants.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

SAMUEL NATHAN, Respondent, v. ISRAEL INSEL and Another, Appellants.— Motion to resettle order granted so as to provide that the bond already filed shall be deemed sufficient compliance with the decision of this court. [See ante, p. 831.] Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order on notice before Mr. Justice Manning.

JACK NOVACK, an Infant, by LEO NOVACK, His Guardian as Litem, Respondent, v. JAMIL ABOOD, Appellant. MANSOUR ABOOD, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LEO NOVACK, Respondent, v. JAMIL ABOOD, Appellant. MANSOUR ABOOD, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THOMAS F. POWELL, as President of Local Union No. 299 of the City of White Plains, and Another, Respondents, v. UNITED ASSOCIATION OF PLUMBERS AND STEAMFITTERS OF THE UNITED STATES AND CANADA, Appellant.— Motion to dismiss appeal withdrawn by consent in open court. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

RAYMOND G. REEVES, as Administrator, etc., Respondent, v. PASNI TRUCKING COMPANY, INC., Appellant.— Motion for stay of examination granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order on notice.

MORRIS H. STEINHARDT, Respondent, v. LOUIS A. HIRSCHFIELD, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FRED H. TUCKER, Respondent, v. CORA BRAE USSING, Appellant.— Motion for dismissal of appeal denied, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FRANKLIN Q. BROWN and Others, Appellants, v. LESLIE B. WILSON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

FRANKLIN Q. BROWN and Others, Appellants, v. LESLIE B. WILSON and Another,